IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

DONALD NESS,  
        Petitioner,  
  v.  

JEFF PREMO  

        Respondent.

CV. 11-1149-SI

ORDER TO DISMISS

SIMON, District Judge.

    Petitioner's unopposed motion to voluntarily dismiss this habeas action (#18) is before the Court. Petitioner's motion is GRANTED.

    IT IS HEREBY ORDERED that this action is DISMISSED without prejudice. Pending motions, if any, are denied as moot.

    DATED this 21st day of February, 2012.

                                Michael H. Simon  
                                United States District Judge

1 -- ORDER TO DISMISS